JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>BERTHA GHAZOULI, AKA BERTHA SAIZ,<br><br>                    Defendant | No. 2:13 CV 9450<br><br><br>CONSENT JUDGMENT |

     Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Bertha Ghazouli, aka Bertha Saiz, in the principal amount of $2,047.69 plus interest accrued to November 15, 2013, in the sum of $1,069.84; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of  $**3,117.53**.

DATED:  1/2/13          By: TERRY NAFISI
                              Clerk of the Court


                              Deputy Clerk
                              United States District Court